Daniel F. Pyne (State Bar No. 131955)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790
E-mail: dpyne@hopkinscarley.com

Attorneys for defendant San Jose Tallow Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW and MIKE FURSMAN, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE TALLOW COMPANY,<br><br>Defendant. | CASE NO.  CV-10-1088-CRB<br><br>STIPULATION TO SET ASIDE DEFAULT OF DEFENDANT SAN JOSE TALLOW COMPANY AND ~~(PROPOSED)~~ ORDER THEREON |

Plaintiffs Rosemary Mucklow and Mike Fursman, in their capacities as trustees of the Northern California UFCW Wholesale Health & Welfare Fund, filed suit against San Jose Tallow Company on or about March 15, 2010.

San Jose Tallow Company is owned by various members of the Rosenzweig family, and Vice President Mark Rosenzweig manages the legal affairs of the company on a day-to-day basis.

The summons and complaint in this case were served upon defendant San Jose Tallow Company when Mark Rosenzweig was traveling outside of California on vacation. By the time Mr. Rosenzweig returned to work, noticed the summons and complaint, and conferred with

counsel, the Court had entered the default of San Jose Tallow Company. Counsel for San Jose Tallow Company thereafter contacted counsel for the plaintiffs and requested that the plaintiffs stipulate to an order setting aside entry of the default and permitting San Jose Tallow Company to file an answer to the complaint.

The plaintiff and defendant, through their respective counsel, hereby stipulate to set aside the default entered against defendant San Jose Tallow Company on May 4, 2010, and stipulate that defendant San Jose Tallow Company shall file a response to the complaint within five court days of its counsel's receipt of the court's order setting aside the default and permitting it to file an answer.

Dated: June 3, 2010

Hopkins & Carley
A Law Corporation

By: *Daniel F. Pyne* (signature)
Daniel F. Pyne
Attorneys for defendant San Jose Tallow Company

Dated: June 3, 2010

WEINBERG, ROGER & ROSENFELD

By: (signature)
EZEKIEL CARDER
Attorney for plaintiffs Rosemary Mucklow and Mike Fursman, in their capacities as Trustees of the Northern California UFCW Wholesale Health & Welfare Fund

## ORDER

Good cause appearing herefor, the Court hereby sets aside the default entered against defendant San Jose Tallow Company and orders defendant San Jose Tallow Company to file a response to the complaint within five court days of its counsel's receipt of this order.

Date: ___June 21, 2010___

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

