1  LINDA BALDWIN JONES, Bar No. 178922
   KRISTINA M. ZINNEN, Bar No. 245346
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ROSEMARY MUCKLOW, MIKE FURSMAN,)  No.   CV 10-1088 CRB
   in their capacities as Trustees of the        )
12 NORTHERN CALIFORNIA UFCW                     )
   WHOLESALE HEALTH & WELFARE                   )
13 FUND,                                         ) **STIPULATION AND [PROPOSED]**
                                                  ) **ORDER TO EXTEND TIME FOR**
14         Plaintiffs,                            ) **MEDIATION**
                                                  )
15      v.                                        )
                                                  )
16 SAN JOSE TALLOW CO., a California             )
   Corporation,                                   )
17                                                )
           Defendant.                              )
18 _____)

19         Plaintiffs and Defendant, by and through their counsel, hereby stipulate and respectfully

20 request that the Court so order that the deadline for mediation in the above-entitled action be

21 extended to November 15, 2010.  The Parties recently met and conferred with the mediator

22 assigned to this case, Michael Sobel, and scheduled the mediation for October 26, 2010.

23 Additionally, the additional time, if granted, will allow the Parties an opportunity to exchange

24 documents relevant to the audit of Defendant's books and records prior to the mediation session.

25 However, Defendant will not be able to produce the documents and Plaintiffs will not be able to

26 review the documents prior to the mediation deadline of September 23, 2010. Accordingly, the

27 parties have agreed to extend the deadline for mediation to November 15, 2010.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation and [Proposed] Order to Extend Time for Mediation
Case No. CV 10-1088 CRB

1  Dated:  September 15, 2010

2                  WEINBERG, ROGER & ROSENFELD
                A Professional Corporation

3

4                  By:   /s/ Ezekiel D. Carder
                      EZEKIEL D. CARDER

5                        Attorneys for Plaintiffs

6  Dated:  September 15, 2010

7                  HOPKINS & CARLEY
                A Law Corporation

8

9                  By:   /s/ Daniel F. Pyne
                      DANIEL F. PYNE

10                        Attorneys for Defendant

11

## **ORDER**

12

13  The Court approves the terms of the above Stipulation and the Parties are ordered to

14  comply with this Order.  In addition the Court orders:

15

16

17  Dated: September 17, 2010

18

19  _____
     HONORABLE

20       UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer, United States District Court, Northern District of California*

21  121919/589065

Stipulation and [Proposed] Order to Extend Time for Mediation
Case No. CV 10-1088 CRB

- 2 -

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001