LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW, MIKE FURSMAN, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOSE TALLOW CO., a California Corporation,<br><br>Defendant. | No.   CV 10-1088 CRB<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:   October 1, 2010<br>Time:   8:30 a.m.<br>Judge:   Hon. Charles R. Breyer<br>Courtroom:   8 |

Pursuant to Civil Local Rules 7-12 and 16-2, Plaintiffs and Defendant hereby request that the Further Case Management Conference scheduled for October 1, 2010 be continued for 60 days. Plaintiffs and Defendant have recently met and conferred with the mediator assigned to this case, Michael Sobel, and scheduled the mediation for October 26, 2010. The parties have not requested a prior continuance of the Case Management Conference. A further continuance would promote judicial efficiency because the parties are participating in mediation on October 26, 2010, and are hopeful they will reach a settlement at that time.

Based on the above, Plaintiffs and Defendant respectfully request that the further case

1 management conference scheduled for October 1, 2010 be continued for 60 days, in order to allow
2 the parties time to participate in the mediation session.
3 Dated: September 21, 2010

          WEINBERG, ROGER & ROSENFELD
          A Professional Corporation

      By:   /s/ Ezekiel Carder
            EZEKIEL D. CARDER
            Attorneys for Plaintiffs

Dated: September 21, 2010

          HOPKINS & CARLEY
          A Law Corporation

      By:   /s/ Daniel F. Pyne
            DANIEL F. PYNE
            Attorneys for Defendant

## ORDER

### [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Stipulated Request to Continue Case Management Conference, the Court orders the continuance of the case management conference for 60 days, or as soon thereafter as a court date is available. In addition the Court orders: further case management conference set for December 3, 2010 at 8:30 a.m.

Dated: September 28, 2010

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

121919/590047

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001