1
2
3
4
5
6
7                    UNITED STATES  DISTRICT COURT
8                     Northern District of California
9                       San Francisco Division
10
11   ROSEMARY MUCKLOW, et al.,
              Plaintiffs,                        No. C 10-1088 CRB
12
          v.                                **ORDER GRANTING REQUEST FOR
13                                          PLAINTIFF TRUSTEE ROSEMARY
     SAN JOSE TALLOW CO.,                    MUCKLOW TO BE EXCUSED FROM
14            Defendant.                     ATTENDING THE MEDIATION**
     _____/
15
16                                          Date:        October 26, 2010
                                            Mediator:    Michael Sobel
17
18        IT IS HEREBY ORDERED that the request for plaintiff trustee Rosemary Mucklow to be

19   excused from attending the October 26, 2010 mediation session before Michael Sobel is

20   GRANTED.  Provided that plaintiff trustee Michael Fursman has full settlement authority on behalf

21   of plaintiffs, Ms. Mucklow is not required to be available by telephone to participate in the

22   mediation.

23        IT IS SO ORDERED.

24

25   October 18, 2010              By:    _____
                                               *Elizabeth D. Laporte*
26   Dated                                   Elizabeth D. Laporte
                                           United States Magistrate Judge
27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**